## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### AT ELKINS

MICHAEL HUNT,

                    Plaintiff,

v.                                            Civil Action No.  2:17-cv-138

WELLS FARGO BANK N.A. d/b/a
WELLS FARGO HOME MORTGAGE,
INC.,

                    Defendant.

---

## AGREED ORDER OF DISMISSAL

Comes now Plaintiff, Michael Hunt, by and through his counsel, Lydia Milnes, and Defendant Wells Fargo Bank, N.A., by and through its counsel, Matthew D. Patterson, and hereby stipulate and represent to the Court that the matters in dispute between them have been compromised and settled and jointly move the Court to dismiss this action with prejudice.

Accordingly, it is the **ORDER** and **JUDGMENT** of the Court that Plaintiffs' claims against Defendant are hereby dismissed with prejudice.

ENTER:

1

Jointly submitted:


s/Matthew D. Patterson
Matthew D. Patterson (WVSB #11566)
James H. Burns (WVSB #11928)
Counsel for Defendant
Nelson Mullins Riley & Scarborough LLP
1320 Main Street / 17th Floor
Columbia, SC 29201
Telephone (803) 799-2000
Facsimile (803) 256-7500
matt.patterson@nelsonmullins.com

s/Lydia C. Milnes
Lydia C. Milnes (WVSB #10598)
Jennifer S. Wagner (WVSB #10639)
Counsel for Plaintiff
Mountain State Justice, Inc.
215 S. Third Street, Suite 901
Clarksburg, WV  26301
Telephone (304) 326-0188
Facsimile (304) 326-0189
lydia@msjlaw.org