IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT ELKINS

MICHAEL HUNT,

        Plaintiff,

v.                                Civil Action No. 2:17-cv-138

WELLS FARGO BANK N.A. d/b/a
WELLS FARGO HOME MORTGAGE,
INC.,

        Defendant.

## AGREED ORDER OF DISMISSAL

Comes now Plaintiff, Michael Hunt, by and through his counsel, Lydia Milnes, and Defendant Wells Fargo Bank, N.A., by and through its counsel, Matthew D. Patterson, and hereby stipulate and represent to the Court that the matters in dispute between them have been compromised and settled and jointly move the Court to dismiss this action with prejudice.

Accordingly, it is the **ORDER** and **JUDGMENT** of the Court that Plaintiffs' claims against Defendant are hereby dismissed with prejudice.

ENTER: 6/3/19

*[signature: Tom S Klu]*

1

Jointly submitted:

| | |
|---|---|
| s/Matthew D. Patterson | s/Lydia C. Milnes |
| Matthew D. Patterson (WVSB #11566) | Lydia C. Milnes (WVSB #10598) |
| James H. Burns (WVSB #11928) | Jennifer S. Wagner (WVSB #10639) |
| Counsel for Defendant | Counsel for Plaintiff |
| Nelson Mullins Riley & Scarborough LLP | Mountain State Justice, Inc. |
| 1320 Main Street / 17th Floor | 215 S. Third Street, Suite 901 |
| Columbia, SC 29201 | Clarksburg, WV 26301 |
| Telephone (803) 799-2000 | Telephone (304) 326-0188 |
| Facsimile (803) 256-7500 | Facsimile (304) 326-0189 |
| matt.patterson@nelsonmullins.com | lydia@msjlaw.org |